**Order entered May 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00158-CV

### KELLY M. LIEBBE, ET AL., Appellants

### V.

### STEPHEN COURTNEY, M.D., ET AL., Appellees

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-03470-2016**

### ORDER

Before the Court is the May 12, 2022 request of Janet Dugger, Official Court Reporter for the 296th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **June 13, 2022**.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE